

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| WILLIAM LEON BURNETT, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 9:16-02742-MGL |
| | § | |
| CAPTAIN CANNING; SERGEANT FISHER; | § | |
| CAPTAIN NANCE; MAJOR TUCKER; | § | |
| SERGEANT BURRISON; and DAVID M. | § | |
| TATARSKY, | § | |
|     Defendants. | § | |

**AMENDED ORDER ADOPTING THE REPORT AND RECOMMENDATION, GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND DISMISSING THE CASE WITH PREJUDICE**

This case was filed as a 42 U.S.C. § 1983 action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting Defendants' motion for summary judgment be granted and the case be dismissed with prejudice. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on July 18, 2017, and the Clerk of Court entered Plaintiff's objections on August 14, 2017. The Court has reviewed the objections, but holds them to be without merit. Therefore, it will enter judgment accordingly.

In Plaintiff's objections, he makes no specific objections to the Report. Instead, he generally reiterates claims the Magistrate Judge has already considered and rejected. Because the Court agrees with the Magistrate Judge's treatment of those issues, it need not discuss them again here. Therefore, the Court will overrule Plaintiff's objections.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of this Court Defendants' motion for summary judgment is **GRANTED** and the case is **DISMISSED WITH PREJUDICE**. Plaintiff's Motion for Issuance of Subpoena is thereby **RENDERED MOOT**.

**IT IS SO ORDERED**.

Signed this 14th day of August, 2017, in Columbia, South Carolina.

                                      s/ Mary Geiger Lewis  
                                      MARY GEIGER LEWIS  
                                      UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.